372 A.2d 420
Commonwealth v. Glover, Appellant.

Submitted September 9, 1975. Edwin P. Smith, and Dubyn & Smith, for appellant; Bruce A. Franzel, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 420
Commonwealth v. Golightly, Appellant.

Submitted February 17, 1976. Ralph J. Cappy, Public Defender, for appellant; Charles W. Johns, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.